# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**

VENUE: SAN FRANCISCO

**FILED**

UNITED STATES OF AMERICA,

V.

FRANCISCO PADILLA



DEFENDANT(S).

**JUL 11 2019**

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

CR 19  306

WHO

## INDICTMENT

21 U.S.C. § 841(a)(1) and (b)(1)(C) – Distribution of Heroin;
21 U.S.C. § 853 – Forfeiture Allegation

A true bill.

Foreman

Filed in open court this ___11___ day of July, 2019

Rose Maher
Clerk

**NO BAIL WARRANT**

Bail, $ _____

THOMAS S. HIXSON
UNITED STATES MAGISTRATE JUDGE

AO 257 (Rev. 6/78)

| **DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT** |
|---|

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT
☐ SUPERSEDING

---- OFFENSE CHARGED ----

Distribution of heroin (21 U.S.C. § 841(a)(1) and (b)(1)(C))

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: Imprisonment: Not more than 20 years; Fine: $1 million; Supervised Release: Not less than 3 years but up to life; Special Assessment: $100; Denial of Federal Benefits; Immigration Consequences Including Possible Deportation; Forfeiture

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

---- DEFENDANT - U.S ----

▶ FRANCISCO PADILLA

DISTRICT COURT NUMBER
CR 19 306

FILED
JUL 11 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

---- PROCEEDING ----

Name of Complaintant Agency, or Person (& Title, if any)
DEA

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from [redacted] per (circle one) FRCrp 20, 21, or 40. Show [redacted]

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY   ☐ DEFENSE

SHOW DOCKET NO. }

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO. }

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form   RYAN REZAEI
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   RYAN REZAEI

---- DEFENDANT ----

IS NOT IN CUSTODY
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶ _____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY
4) ☐ On this charge
5) ☐ On another conviction
       ☐ Federal  ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed?   ☐ Yes   ☐ No
If "Yes" give date filed   Month/Day/Year

DATE OF ARREST ▶ Month/Day/Year

Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year

☐ This report amends AO 257 previously submitted

---- ADDITIONAL INFORMATION OR COMMENTS ----

PROCESS:
☐ SUMMONS   ☐ NO PROCESS*   ☒ WARRANT   Bail Amount: NONE

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address:

Date/Time:   Before Judge:

Comments:

DAVID L. ANDERSON (CABN 149604)
United States Attorney

**FILED**
JUL 11 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> FRANCISCO PADILLA, <br> Defendant. | CASE NO. CR 19 306 WHO <br> VIOLATION: <br> 21 U.S.C. § 841(a)(1) and (b)(1)(C) – Distribution of Heroin; <br> 21 U.S.C. § 853 – Forfeiture Allegation <br><br> **UNDER SEAL** |

INDICTMENT

The Grand Jury charges:

On or about July 2, 2019, in the Northern District of California, the defendant,

FRANCISCO PADILLA,

did knowingly and intentionally distribute a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

//

INDICTMENT

| | |
|---|---|
| 1 | **FORFEITURE ALLEGATION:**      (21 U.S.C. § 853(a)) |
| 2 | The allegations contained above are hereby re-alleged and incorporated by reference for the |
| 3 | purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853(a). |
| 4 | Upon conviction of the offense alleged in this Indictment, the defendant, |
| 5 | FRANCISCO PADILLA, |
| 6 | shall forfeit to the United States all right, title, and interest in any property constituting and derived from |
| 7 | any proceeds defendant obtained, directly or indirectly, as a result of such violation, and any property |
| 8 | used, or intended to be used, in any manner or part, to commit or to facilitate the commission of such |
| 9 | violation, including but not limited to a forfeiture money judgment. |
| 10 | If any of the property described above, as a result of any act or omission of the defendant: |
| 11 |   a.   cannot be located upon exercise of due diligence; |
| 12 |   b.   has been transferred or sold to, or deposited with, a third party; |
| 13 |   c.   has been placed beyond the jurisdiction of the court; |
| 14 |   d.   has been substantially diminished in value; or |
| 15 |   e.   has been commingled with other property which cannot be divided without |
| 16 |       difficulty, |
| 17 | the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, |
| 18 | United States Code, Section 853(p). |
| 19 | // |
| 20 | // |
| 21 | // |
| 22 | // |
| 23 | // |
| 24 | // |
| 25 | // |
| 26 | // |
| 27 | // |
| 28 | // |

INDICTMENT                                                 2

All pursuant to Title 21, United States Code, Section 853, and Federal Rule of Criminal Procedure 32.2.

DATED: 7/11/19

A TRUE BILL.

FOREPERSON
San Francisco

DAVID L. ANDERSON
United States Attorney

RYAN REZAEI
Assistant United States Attorney

INDICTMENT                                    3

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

**FILED**
JUL 11 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

## CRIMINAL COVER SHEET

***Instructions:*** *Effective November 1, 2016, this Criminal Cover Sheet must be completed and submitted, along with the Defendant Information Form, for each new criminal case.*

**CASE NAME:**
USA V. FRANCISCO PADILLA

**CASE NUMBER:** CR 19 306 WHO

| | | |
|---|---|---|
| This Case Under Seal? | Yes | No ✓ |
| Total Number of Defendants: | 1 ✓ | 2-7    8 or more |
| Does this case involve ONLY charges under 8 U.S.C. § 1325 and/or 1326? | Yes | No ✓ |
| Venue (Per Crim. L.R. 18-1): | SF ✓ | OAK    SJ |
| Is this a potential high-cost case? | Yes | No ✓ |
| Is any defendant charged with a death-penalty-eligible crime? | Yes | No ✓ |
| Is this a RICO Act gang case? | Yes | No ✓ |

**Assigned AUSA (Lead Attorney):** Ryan A. Rezaei

ed: 07/11/2019

**Comments:**

RESET FORM    SAVE PDF

Form CAND-CRIM-COVER (Rev. 11/16)