DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

RYAN E. REZAEI (CABN 285133)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7534
    FAX: (415) 436-7234
    ryan.rezaei@usdoj.gov

Attorneys for United States of America

FILED
JUL 11 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) NO.: CR 19 306 WHO |
|---|---|
| Plaintiff, | ) |
| v. | ) GOVERNMENT'S MOTION FOR SEALING ORDER |
| FRANCISCO PADILLA, | ) |
| Defendant. | ) |

    The United States, by and through its counsel, Assistant United States Attorney Ryan Rezaei, hereby moves this Court for an order sealing the government's application for a sealing order, the sealing order, the indictment and arrest warrant in the above-referenced case until further order of the court. Disclosure of the specified documents might jeopardize the defendants' arrest and the progress of this ongoing investigation that is neither public nor known to unidentified co-conspirators of the investigation.

    Accordingly, the United States requests that the Court seal these documents until further order of the court, except that the Clerk of Court shall provide copies of the sealed documents to employees of the United States Attorney's Office. The United States Attorney's Office is permitted to share these

GOVERNMENT'S MOTION FOR SEALING ORDER      1      v. 7/10/2018

documents as necessary with counsel for any defendant charged as a result of this investigation and with the Drug Enforcement Administration, which should be allowed to share the these materials with other law enforcement and intelligence agencies, including foreign law enforcement and intelligence agencies, for use in investigation and prosecution.

DATED: July 10, 2019

Respectfully submitted,

DAVID L. ANDERSON
United States Attorney

_____
RYAN REZAEI
Assistant United States Attorney