DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

RYAN E. REZAEI (CABN 285133)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7534
    FAX: (415) 436-7234
    ryan.rezaei@usdoj.gov

~~ORIGINAL~~
FILED
JUL 1 1 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO.: CR 19 306 |
|     Plaintiff, | |
| v. | [PROPOSED] SEALING ORDER |
| FRANCISCO PADILLA, | |
|     Defendant. | |

    Upon motion of the United States and good cause having been shown, IT IS HEREBY ORDERED that the government's application for a sealing order, the sealing order, the indictment and arrest warrant in the above-referenced case, shall be filed under seal until further order of the court, except that the Clerk of Court shall provide copies of the sealed documents to employees of the United States Attorney's Office. The United States Attorney's Office is permitted to share these documents as necessary with counsel for any defendant charged as a result of this investigation and with the Drug Enforcement Administration, which should be allowed to share these materials with other law enforcement and intelligence agencies, including foreign law enforcement and intelligence agencies, for

[PROPOSED] SEALING ORDER      1      v. 7/10/2018

1  use in investigation and prosecution.
2  IT IS SO ORDERED.
3  DATED: _____July 11, 2019_____

_____
HON. THOMAS S. HIXSON
UNITED STATES MAGISTRATE JUDGE