


DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

RYAN REZAEI (CABN 285133)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7534
    FAX: (415) 436-7234
    ryan.rezaei@usdoj.gov

Attorneys for United States of America

FILED
AUG - 7 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>FRANCISCO PADILLA,<br><br>    Defendant. | NO. 19-CR-306 WHO<br><br>UNITED STATES' APPLICATION AND [PROPOSED] ORDER TO UNSEAL MATTER AND [PROPOSED] ORDER<br><br>~~UNDER SEAL~~ |

The United States, through undersigned counsel, respectfully moves this Court to unseal the above-captioned matter, including the Indictment and arrest warrant. Law enforcement believes the investigation has been revealed to the defendant or his associates, and therefore, it is no longer necessary for the matter to be sealed.

DATED: August 8, 2019

                              Respectfully submitted,

                              DAVID L. ANDERSON
                              United States Attorney

                              */s/*

                              RYAN REZAEI
                              Assistant United States Attorney

## [PROPOSED] ORDER

On the motion of the United States, and good cause appearing therefor, the Court HEREBY ORDERS that the above-captioned matter, including the Indictment and arrest warrant, be unsealed.

IT IS SO ORDERED.

DATED: August 7, 2019

HONORABLE THOMAS S. HIXSON
United States Magistrate Judge